NOT FOR PUBLICATION (Doc. No. 4)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SEAN LATRAVERSE, individually and on behalf of all others similarly situated, : : : : Plaintiff, : : v. : : : : KIA MOTORS OF AMERICA, INC., : : Defendant. : | Civil No.  10-6133 (RBK/AMD)<br><br>**ORDER** |

**THIS MATTER** having come before the Court upon the Motion to Dismiss filed by Defendant Kia Motors America, Inc. ("Kia"); and the Court having considered the moving papers and the response thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is DENIED with respect to Plaintiff's Breach of Warranty claim (Count I) and Violation of the Magnuson-Moss Act, 15 U.S.C. 2301, et seq., claim (Count III); and

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss is GRANTED with respect to Plaintiff's Fraud and Violation of the Consumer Fraud Act claim (Count II).

Dated:   7/27/11              /s/ Robert B. Kugler
                              ROBERT B. KUGLER
                              United States District Judge